**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEON JONES, )
)
         **Plaintiff,** )
)
    **v.** )      **Civil Action No. 11-1459 (JEB)**
)
)
**SOCIAL SECURITY** )
**ADMINISTRATION,** )
)
        **Defendant.** )

**MEMORANDUM OPINION**

This matter, brought under the Social Security Act, is before the Court on the Defendant Commissioner's Motion for Judgment of Affirmance [Dkt. # 11]. On July 19, 2012, plaintiff was advised to respond to the motion by August 31, 2012, and was warned that his failure to respond could result in the Court's treating the motion as conceded and summarily dismissing the case. *See* Order (July 19, 2012). Plaintiff has not filed a response to defendant's dispositive motion and has not sought additional time to do so. The Court therefore will grant defendant's motion for judgment of affirmance as conceded and will dismiss the case. *See Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997) ("Where the district court relies on the absence of a response as a basis for treating a motion as conceded, [the District of Columbia Circuit] honor[s] its enforcement" of the local rule.); *accord Fox v. Am. Airlines, Inc.,* 389 F.3d 1291, 1294-95 (D.C. Cir. 2004); *FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997). A separate Order accompanies this Memorandum Opinion.

                            _____s/_____

DATE: September 19, 2012                  JAMES E. BOASBERG
                                    United States District Judge